

**NUMBER 13-14-00419-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**THE STATE OF TEXAS,**                                                                 **Appellant,**

**v.**

**SHARON HINOJOSA,**                                                                 **Appellee.**

---

### On appeal from the County Court at Law Number 4
### of Nueces County, Texas.

---

# ORDER

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

Appellant, the State of Texas, has perfected an appeal from a judgment granting a motion for new trial filed by appellee Sharon Hinojosa in trial court cause number 12-CR-2765-4. The clerk's record was filed with this Court on September 10, 2013. However, the clerk's record does not include the trial court's written charge to the jury. *See* TEX. R. APP. P. 34.5(a)(4) (stating that the court's charge to the jury must be included

in the clerk's record). The jury charge is relevant to our analysis of the issues presented in this appeal.

If a relevant item has been omitted from the clerk's record, we may direct the trial court to include the omitted item in a supplemental record. TEX. R. APP. P. 34.5(c)(1). Accordingly, we hereby ORDER the trial court clerk to prepare, certify and file with the clerk of this Court a supplemental clerk's record containing an accurate copy of the written charge provided to the jury in the underlying case. If the trial court clerk determines that the written jury charge has been lost or destroyed, the parties may, by written stipulation, deliver a copy of the written jury charge to the trial court clerk for inclusion in the supplemental record. TEX. R. APP. P. 34.5(e). If the parties cannot agree, we direct the trial court to determine what constitutes an accurate copy of the written jury charge and to order it to be included in the supplemental record. *See id.* The supplemental clerk's record containing the written jury charge shall be filed with the clerk of this Court on or before the expiration of TEN days from the date of this order. Any costs of preparing the supplemental record shall be borne by appellant.

IT IS SO ORDERED.


PER CURIAM

Delivered and filed the
26th day of February, 2015.


2